THE PEOPLE ex rel. LORENZO CRISCOLLA, Respondent, *v.* HENRY H. ADAMS, as Treasurer, etc., Appellant.

*People ex rel. Criscolla* v. *Adams,* 89 Hun, 284, reversed.

THE PEOPLE ex rel. ANDREW P. JOHNSON, Appellant, *v.* HENRY H. ADAMS, as Treasurer, etc., Respondent.

Reported below, 89 Hun, 284.

(Submitted November 26, 1895; decided December 19, 1895.)

APPEALS from order of the General Term of the Supreme Court in the second judicial department, made July 26, 1895, which affirmed two orders of the Special Term granting the application of the respondent Criscolla and denying that of the appellant Johnson for a peremptory writ of mandamus directing Henry H. Adams, as treasurer of the county of Kings, to restore the names of the respective relators to the pay roll of the county of Kings and to pay them the salary alleged to be due for the month of February, 1895, as interpreters of courts of record in Kings county.

*J. Edward Swanstrom* for relators.

*George F. Elliott* for defendant Adams.

Order reversed as to Criscolla, and appeal dismissed as to Johnson, with costs; no opinion.

All concur.